IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LILLIAN ROBINSON,<br>    Plaintiff | :<br>:<br>: |
| v. | :    CIVIL ACTION NO. 22-CV-2754 |
| | : |
| JEFFERSON HOSPITAL, *et al.*,<br>    Defendants | :<br>: |

## ORDER

AND NOW, this 12th day of October, 2022, upon consideration of Plaintiff Lillian Robinson's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. All federal claims asserted in the Complaint are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim. The remainder of the Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons in the Court's Memorandum.

6. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER, J.